# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3695

_____

| | | |
|---|---|---|
| Alla S. Bogdan, Yevgeniya Bogdan, | * | |
| Roman V. Bogdan, | * | |
| | * | |
| Petitioners, | * | Petition for Review from a |
| | * | Decision of the Board of |
| v. | * | Immigration Appeals. |
| | * | |
| John D. Ashcroft, Attorney General | * | [UNPUBLISHED] |
| of the United States; Immigration | * | |
| and Naturalization Service, | * | |
| | * | |
| Respondents. | * | |

_____

Submitted: October 17, 2001
Filed: December 19, 2001

_____

Before BOWMAN, RICHARD S. ARNOLD, AND HANSEN, Circuit Judges.

_____

PER CURIAM.

Petitioners, natives and citizens of Ukraine, seek reversal of a decision of the Board of Immigration Appeals (Board). An Immigration Judge (IJ) found petitioners removable for remaining in the United States longer than permitted and denied the requested relief of asylum and withholding of removal; the Board dismissed their appeal. This petition for review followed.

Having carefully considered the briefs and record, we affirm the denial of petitioners' claims. The IJ's decision is supported by substantial evidence, and the Board's dismissal of petitioners' appeal therefore must be sustained.

Alla Bogdan also asserts a claim for relief under the United Nations Convention Against Torture. Because this claim does not appear to have been raised in the administrative proceedings, and was not considered by either the IJ or the Board, we conclude that we lack jurisdiction to consider it.

Affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.